UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                              )
                                    )
Clifton Hamilton Griffin            )
Lisa Kay Griffin,                   )   Case No. B-08-11022 C-7G
                                    )
         Debtors.                   )

**ORDER FOR PAYMENT OF DIVIDENDS INTO U.S. TREASURY**

It appearing that a dividend was ordered to be paid in the above named case, and after computation of the dividends there appear to be certain creditors entitled to a dividend in an amount less than five dollars ($5.00); and pursuant to Rule 3010 of the Bankruptcy Rules, these dividends should be paid into the Treasury to be placed in Unclaimed Funds; Therefore,

IT IS ORDERED that the Trustee in the above-named case pay the sum of the dividends as set forth below into the Treasury by making check payable to Clerk, U.S. Bankruptcy Court, and submitting said check along with a copy of this Order to the Clerk within ten (10) days from the date of this Order. These funds are to be placed into Unclaimed Funds account.

| Claim No. | Claimant | Amount of Dividend |
|---|---|---|
| 2 | Waste Industries | $0.84 |
| 16 | Capital Recovery II | $1.62 |
|  | Total | $2.46 |

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
B-08-11022 C-7G

Michael D. West
Bankruptcy Administrator
U.S. Bankruptcy Court
P.O. Box 1828
Greensboro, NC 27402

Everett B. Saslow, Jr., Trustee
Post Office Box 989
Greensboro, NC 27402